```
                          United States Bankruptcy Court
                           Eastern District of New York
```

In re:                                                                  Case No. 17-70546-reg
Beradette A. Loehr                                                      Chapter 7
       Debtor

## CERTIFICATE OF NOTICE

```
District/off: 0207-8        User: atennerie        Page 1 of 1        Date Rcvd: Feb 01, 2017
                            Form ID: 263           Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 03, 2017.
db           Beradette A. Loehr,    4 Cambridge Dr,    Smithtown, NY 11787-4804

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                                                     TOTAL: 0

       ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                                   TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 03, 2017                                                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 1, 2017 at the address(es) listed below:
              Kevin B Zazzera    on behalf of Debtor Beradette A. Loehr kzazz007@yahoo.com
              Marc A Pergament     mpergament@wgplaw.com, n167@ecfcbis.com
              United States Trustee    USTPRegion02.LI.ECF@usdoj.gov
                                                                                      TOTAL: 3
```

# United States Bankruptcy Court

Eastern District of New York
290 Federal Plaza
Central Islip, NY 11722

| | |
|---|---|
| IN RE: | CASE NO: 8−17−70546−reg |
| Beradette A. Loehr<br>aka Bernadette A. McLaugjlin | |
| Social Security/Individual Taxpayer ID/Taxpayer ID/Employer ID No.: | CHAPTER: 7 |
| xxx−xx−2572 | |
| DEBTOR(s) | |

## NOTICE OF FAILURE TO PAY FILING FEES IN CONNECTION WITH ELECTRONICALLY FILED BANKRUPTCY PETITION

## NOTICE TO DEBTOR

**NOTICE IS HEREBY GIVEN THAT:**

The filing fee in the amount of $335.00 was not paid at the time of filing of the above−referenced bankruptcy case.

The fee must be paid in full within five (5) days of the date of this Notice, failing which the bankruptcy case may be dismissed.

Dated: February 1, 2017

For the Court, Robert A. Gavin, Jr., Clerk of Court

**BLpff2**[Notice to Debtor Re: Failure to Pay Filing Fees Electronically rev. 12/08/15]