United States Bankruptcy Court
Eastern District of New York

In re:                                                                    Case No. 17-70546-reg
Beradette A. Loehr                                                        Chapter 7
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0207-8        User: atennerie        Page 1 of 2        Date Rcvd: Feb 02, 2017
                            Form ID: 309A           Total Noticed: 49

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 04, 2017.
db           Beradette A. Loehr,   4 Cambridge Dr,   Smithtown, NY 11787-4804
smg          NYC Department of Finance,   345 Adams Street,   Office of Legal Affairs,
             Brooklyn, NY 11201-3719
smg          +NYS Unemployment Insurance,   Attn: Isolvency Unit,   Bldg. #12, Room 256,
             Albany, NY 12240-0001
8951392      AMVA,   PO Box 1235,   Elmsford, NY 10523-0935
8951396      Capital One Card Services,   PO Box 71107,   Charlotte, NC 28272-1107
8951397      Capital One N.A.,   PO Box 71107,   Charlotte, NC 28272-1107
8951399      Ctech Coll,   5505 Nesconset Hwy,   Mount Sinai, NY 11766-2037
8951400      Curascript Pharmacy Inc,   23857 Network Pl,   Chicago, IL 60673-1238
8951406      ++FORSTER & GARBUS LLP,   60 VANDERBILT MOTOR PARKWAY,   P O BOX 9030,   COMMACK NY 11725-9030
             (address filed with court: Forster & Garbus, LLP,   60 Vanderbilt Motor Pkwy,
             Commack, NY 11725-5710)
8951407      Hudson City Bank,   c/o Cohn & Roth,   100 E Old Country Rd,   Mineola, NY 11501-4633
8951408      International Recovery Assoc,   PO Box 651,   Nesconset, NY 11767-0651
8951409      KGC Landscaping inc,   2960 Middle Country Rd,   Lake Grove, NY 11755-2116
8951412      LI Pediatric Ophthalmology & Strab.,   146 Manetto Hill Rd # 170,   Plainview, NY 11803-1332
8951413      National Bureau Collection Corp,   PO Box 16,   Irvington, NY 10533-0016
8951414      Oceanside Christopher,   4050 Merrick Rd,   Seaford, NY 11783-2827
8951415      Phillips & Cohen Assoc. LTD,   1002 Justison St,   Wilmington, DE 19801-5148
8951416      Portfolio Recovery Ass,   287 Independence Blvd,   Virginia Beach, VA 23462-2962
8951418      Professional Claims Bureau Inc,   PO Box 9060,   Hicksville, NY 11802-9060
8951419      Recovery Associates, Inc,   PO Box 127,   Mineola, NY 11501-0127
8951421      +St Catherine of Siena Medical Ctr,   PO Box 95000-6565,   Philadelphia, PA 19195-0001
8951422      Stony Brook Univ Hospital,   PO Box 29320,   New York, NY 10087-9320
8951423      Suffolk County Department of Social Serv,   3085 Veterans Memorial Hwy,
             Ronkonkoma, NY 11779-7614
8951429      Visa Dept Store National Bank,   Attn: Bankruptcy,   PO Box 8053,   Mason, OH 45040-8053
8951433      World Financial Network Bank,   Portfolio Recovery Assoc. LLC,   PO Box 12914,
             Norfolk, VA 23541-0914

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty          E-mail/Text: kzazz007@yahoo.com Feb 02 2017 18:24:29    Kevin B Zazzera,   182 Rose Avenue,
             Staten Island, NY 10306
tr           +E-mail/Text: mpergament@wgplaw.com Feb 02 2017 18:25:06    Marc A Pergament,
             Weinberg Gross & Pergament,   400 Garden City Plaza,   Suite 403,   Garden City, NY 11530-3336
smg          +E-mail/Text: nys.dtf.bncnotice@tax.ny.gov Feb 02 2017 18:25:15
             NYS Department of Taxation & Finance,   Bankruptcy Unit,   PO Box 5300,
             Albany, NY 12205-0300
smg          +E-mail/Text: ustpregion02.li.ecf@usdoj.gov Feb 02 2017 18:24:51    United States Trustee,
             Office of the United States Trustee,   Long Island Federal Courthouse,   560 Federal Plaza,
             Central Islip, NY 11722-4456
8951393      EDI: ARSN.COM Feb 02 2017 18:28:00    ARS National Services,   PO Box 1259,
             Oaks, PA 19456-1259
8951390      EDI: AMEREXPR.COM Feb 02 2017 18:28:00    Amex,   Correspondence,   PO Box 981540,
             El Paso, TX 79998-1540
8951391      EDI: AMEREXPR.COM Feb 02 2017 18:28:00    Amex,   PO Box 297871,
             Fort Lauderdale, FL 33329-7871
8951395      EDI: CAPITALONE.COM Feb 02 2017 18:28:00    Capital One Bank USA N,   15000 Capital One Dr,
             Richmond, VA 23238-1119
8951394      EDI: CAPITALONE.COM Feb 02 2017 18:28:00    Capital One,   PO Box 30285,
             Salt Lake City, UT 84130-0285
8951398      EDI: CCS.COM Feb 02 2017 18:28:00    Credit Coll,   PO Box 607,   Norwood, MA 02062-0607
8951401      EDI: RCSDELL.COM Feb 02 2017 18:28:00    Dell Fin Svcs L.L.C.,   1 Dell Way,
             Round Rock, TX 78682-7000
8951402      EDI: DISCOVER.COM Feb 02 2017 18:28:00    Discover Fin Svcs LLC,   PO Box 15316,
             Wilmington, DE 19850-5316
8951403      EDI: DISCOVER.COM Feb 02 2017 18:28:00    Discover Financial,   PO Box 3025,
             New Albany, OH 43054-3025
8951404      EDI: TSYS2.COM Feb 02 2017 18:28:00    Dsnb Macys,   9111 Duke Blvd,   Mason, OH 45040-8999
8951405      EDI: BLUESTEM Feb 02 2017 18:28:00    Fingerhut,   6250 Ridgewood Rd,
             Saint Cloud, MN 56303-0820
8951410      EDI: CBSKOHLS.COM Feb 02 2017 18:28:00    Kohls/Capital One,   PO Box 3120,
             Milwaukee, WI 53201-3120
8951411      +EDI: CBSKOHLS.COM Feb 02 2017 18:28:00    Kohls/capone,   N56 W 17000 Ridgewood Dr,
             Menomonee Falls, WI 53051-7096
8951417      EDI: PRA.COM Feb 02 2017 18:28:00    Portfolio Recovery Assoc.,   PO Box 4115,
             Concord, CA 94524-4115
8951424      EDI: WTRRNBANK.COM Feb 02 2017 18:28:00    Td Bank USA/Targetcred,   PO Box 673,
             Minneapolis, MN 55440-0673
8951426      EDI: WFNNB.COM Feb 02 2017 18:28:00    Tnb-Visa (TV) / Target,
             C/O Financial & Retail Services Mailstop,   PO Box 9475,   Minneapolis, MN 55440-9475
8951427      EDI: VERIZONEAST.COM Feb 02 2017 18:28:00    Verizon,   500 Technology Dr Ste 500,
             Weldon Spring, MO 63304-2225

```
District/off: 0207-8          User: atennerie          Page 2 of 2          Date Rcvd: Feb 02, 2017
                              Form ID: 309A            Total Noticed: 49
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
```
8951428        EDI: VERIZONEAST.COM Feb 02 2017 18:28:00        Verizon,    500 Technology Dr Ste 30,
               Weldon Spring, MO  63304-2225
8951430        EDI: BLUESTEM Feb 02 2017 18:28:00        Webbank/fingerhut,    6250 Ridgewood Rd,
               Saint Cloud, MN  56303-0820
8951431        EDI: WFFC.COM Feb 02 2017 18:28:00        Wells Fargo Dealer Services,    PO Box 3569,
               Rancho Cucamonga, CA  91729-3569
8951432        EDI: WFFC.COM Feb 02 2017 18:28:00        Wfds/wds,    PO Box 1697,    Winterville, NC  28590-1697
                                                                                            TOTAL: 25

               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
8951420        ##Richard Sokoloff, Atty at Law,    3245 Route 112 Ste 1,    Medford, NY  11763-1441
8951425        ##The Bureaus Inc,    1717 Central St,    Evanston, IL  60201-1507
                                                                                   TOTALS: 0, * 0, ## 2
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 04, 2017                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 2, 2017 at the address(es) listed below:
```
               Kevin B Zazzera    on behalf of Debtor Beradette A. Loehr kzazz007@yahoo.com
               Marc A Pergament    mpergament@wgplaw.com,   n167@ecfcbis.com
               United States Trustee    USTPRegion02.LI.ECF@usdoj.gov
                                                                          TOTAL: 3
```

| **Information to identify the case:** | | |
|---|---|---|
| Debtor 1 | **Beradette A. Loehr** | Social Security number or ITIN  **xxx–xx–2572** |
| | First Name    Middle Name    Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name    Middle Name    Last Name | Social Security number or ITIN  _ _ _ _ |
| | | EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court    **Eastern District of New York** | | |
| Case number:    **8–17–70546–reg** | | Date case filed for Chapter  **7: 1/31/17** |

Official Form 309A (For Individuals or Joint Debtors)

# Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline
Revised: 12/15

For the debtor(s) listed above, a case has been filed under Chapter 7 of the Bankruptcy Code. An order for relief has been entered. This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines.  Read both pages carefully.

To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.  Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.

| | **About Debtor 1:** | **About Debtor 2:** |
|---|---|---|
| 1. **Debtor's Full Name** | Beradette A. Loehr | |
| 2. **All other names used in the last 8 years** | aka Bernadette A. McLaugjlin | |
| 3. **Address** | 4 Cambridge Dr Smithtown, NY 11787–4804 | |
| 4. **Debtor's Attorney**  Name and address | Kevin B Zazzera 182 Rose Avenue Staten Island, NY 10306 | Contact Phone (718) 987–2700 Email: kzazz007@yahoo.com |
| 5. **Bankruptcy Trustee**  Name and address | Marc A Pergament Weinberg Gross & Pergament 400 Garden City Plaza Suite 403 Garden City, NY 11530 | Contact Phone (516) 877–2424 Email: mpergament@wgplaw.com |
| 6. **Meeting of Creditors** | **March 6, 2017 at 10:00 AM** | Location: **Office of the United States Trustee, Long Island Federal Courthouse, 560 Federal Plaza – Room 563, Central Islip, NY 11722–4437** |
| 7. **Deadlines**  The Bankruptcy Clerk's Office must receive these documents and any required filing fee by the following deadlines. | **Deadline to Object to Discharge or to Challenge Whether Certain Debts are Dischargeable:** **You must file a Complaint:** • if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or • if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6). | **Filing Deadline: 5/5/17** **You must file a Motion:** • if you assert that the discharge should be denied under § 727(a)(8) or (9). |
| | **Deadline to Object to Exemptions:** The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing Deadline:** 30 days after the *conclusion* of the meeting of creditors |
| 8. **Bankruptcy Clerk's Office**  Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at www.pacer.gov. | Address of the Bankruptcy Clerk's Office: 290 Federal Plaza Central Islip, NY 11722 Clerk of the Bankruptcy Court: Robert A. Gavin, Jr. | Hours Open: Monday – Friday 9:00 AM – 4:30 PM Contact Phone (631) 712–6200 Date: 2/2/17 |

**For more information, see page 2 >**

Debtor **Beradette A. Loehr**                                                                                   Case number **8–17–70546–reg**

| | |
|---|---|
| **9.** **Presumption of Abuse** | **The presumption of abuse does not arise.**<br><br>If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. |
| **10. Legal Advice** | The staff of the Bankruptcy Clerk's Office cannot give legal advice. To protect your rights, consult an attorney. |
| **11. Creditors May Not Take Certain Actions** | The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay. |
| **12. Meeting of Creditors** | A meeting of creditors is scheduled for the date, time and location listed on the front side. Debtors must attend the meeting to be questioned under oath by the trustee and by creditors. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. The meeting may be continued and concluded at a later date specified in a notice filed with the court. |
| **13. Claims**<br>Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline.<br><br>***Do not include this notice with any filing you make with the court.*** |
| **14. Discharge of Debts** | The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the Bankruptcy Clerk's Office within the deadlines specified in this notice. (See line 7 for more information.) |
| **15. Exempt Property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the Bankruptcy Clerk's Office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The Bankruptcy Clerk's Office must receive the objection by the deadline to object to exemptions in line 7. |
| **16. Creditors with a Foreign Address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. |
| **17. Undeliverable Notices** | Undeliverable notices will be sent by return mail to the debtor. It is the debtor's responsibility to obtain the parties correct address, resend the returned notice, and notify this office of the parties change of address. Failure to provide all parties with a copy of the notice may adversely affect the debtor as provided by the Bankruptcy Court. |
| **18. Form 121 Statement of Social Security #** | The debtor or debtor's attorney is required to bring a paper copy of the petition with full social security number displayed to the first meeting of creditors. |
| **19. Personal Financial Management Course** | In order to receive a discharge, the debtor must complete a Personal Financial Management Course and must file a Certification About a Financial Management Course (Official Form 423) within 60 days after the first date set for the section 341 meeting. If the Certification About a Financial Management Course is not filed within the allotted time, **a discharge will not be issued and the case will be closed.** |